IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THEOWANDA LAMB, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: CV608-093 |
| STEVE UPTON; DANE DASHER; JOHNNY KENNEDY; LARRY WAGNER; JAMES DONALD; TOM SITTNICK; SHEVANDAH FIELDS; R. REARDON; and JOHNNY SMITH, | : | |
| Defendants. | : | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff's Objections are nothing more than a recitation of the facts he set forth in his original Complaint, paired with arguments by which Plaintiff unsuccessfully attempts to make a causal connection between Defendants' alleged actions and constitutional violations.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants Wagner, Upton, Miller, Reardon, Sittnick, Fields, and Donald are **DISMISSED** from this cause of action. Plaintiff's false accusation claim against Defendant Dasher is **DISMISSED**. Likewise, Plaintiff's monetary damages claims against Defendants Kennedy and Dasher in their official capacities are **DISMISSED**.

**SO ORDERED**, this 13 day of Oct., 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA