IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THEOWANDA LAMB, )
 )
    Plaintiff, )
vs. ) CIVIL ACTION 608-093
 )
DANE DASHER and JOHNNY )
KENNEDY, )
 )
    Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's motion for Summary Judgment is GRANTED, and Plaintiff's complaint is DISMISSED. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 20th day of May, 2010.

B. Avant Edenfield, Judge
United States District Court
Southern District of Georgia